[No. 12277-1-I. Division One. December 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
HARRY GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 76960RO10, Paul D. Hansen, J.,

entered August 26, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Scholfield, JJ.